William D. Hyslop
United States Attorney
Eastern District of Washington
Richard C. Burson
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>MARIA MENDEZ-GUTIERREZ and<br>JERONIMO PEREZ-GUTIERREZ,<br><br>                              Defendants. | 1:21-CR-2007-SAB<br><br>INDICTMENT<br><br>Vios: 8 U.S.C. § 1324(a)(1)(A)(iii), (B)(i)<br>Harboring an Illegal Alien<br>(Count 1)<br><br>8 U.S.C. § 1324(a)(1)(A)(iv), (B)(i)<br>Encouraging or Inducing Illegal<br>Immigration<br>(Counts 2, 3)<br><br>8 U.S.C. § 1324(b), 18 U.S.C.<br>§ 982(a)(6)(A), 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about January 14, 2021, in the Eastern District of Washington, the Defendant, MARIA MENDEZ-GUTIERREZ, knowing and in reckless disregard of the fact that an alien, namely, M.H.P., had come to, entered and remained in the United States in violation of law, did conceal, harbor, and shield from detection

INDICTMENT – 1

such alien in buildings and other places for the purpose of commercial advantage and private financial gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii), (B)(i).

## COUNT 2

Beginning on an exact date unknown, but in or about December of 2020, and continuing until on or about January 14, 2021, in the Eastern District of Washington, the Defendant, MARIA MENDEZ-GUTIERREZ, did encourage and induce an alien, namely, M.H.P., to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence in the United States was in violation of law, for the purpose of commercial advantage and private financial gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(iv), (B)(i).

## COUNT 3

On an exact date unknown, but in or about January of 2019, in the Eastern District of Washington, the Defendant, JERONIMO PEREZ-GUTIERREZ, did encourage and induce an alien, namely, C.G.P., to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence in the United States was in violation of law, for the purpose of commercial advantage and private financial gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(iv), (B)(i).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 8 U.S.C. § 1324(b), 18 U.S.C. § 982(a)(6)(A), and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 8 U.S.C. § 1324, as alleged in Counts 1 – 3 of this Indictment, the Defendants, MARIA MENDEZ-GUTIERREZ and JERONIMO PEREZ-GUTIERREZ, shall forfeit to the United States of America, any conveyance, including any vessel, vehicle, or aircraft, used

INDICTMENT – 2

in the commission of the offense of which the Defendants are convicted; any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the Defendants are convicted; and, any property, real or personal, used to facilitate or intended to be used to facilitate the commission of the offense of which the Defendants are convicted.

If any of the property described above, as a result of any act or omission of the Defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

DATED this 9 day of February, 2021.

A TRUE BILL.

Foreperson

William D. Hyslop
United States Attorney

Richard C. Burson
Assistant United States Attorney

INDICTMENT – 3