# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

## USA v. MARIA MENDEZ-GUTIERREZ    Case No.    1:21-CR-2007-SAB-1

Richland Video Conference
The Defendant agreed to appear via video conference.

## Arraignment/Initial Appearance on Indictment:    02/11/2021

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Richard Burson, US Atty (video) |
| ☐ | Pam Howard, Courtroom Deputy [Y] | ☒ | Gregory Scott, Defense Atty (video) |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer (tele) | ☒ | Interpreter – Natalia Rivera (video) |
| ☒ | Defendant present ☒ in custody, appearing by video from the Yakima County Jail. | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights to be filed |
| ☒ | Financial Affidavit (CJA 23) to be filed | ☒ | Defendant to receive a copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint Gregory Scott, a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| ☐ | AO 199c Advice of Penalties/Sanctions filed | | |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

The Defendant acknowledged to the Court that their true and correct name is: Maria Mendez-Gutierrez.

Defense counsel addresses the Court re the Defendant's financial affidavit.

"Not guilty" plea entered.

Discovery to be provided pursuant to the local rule on discovery.

Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.   USA objects that the rule is overbroad and states the Government understands its discovery requirements.  Court overrules objection. Written order to follow.

**The Court ordered:**

1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Detention Hearing:**
**02/18/2021 @ 1:00 p.m.**
**[R/MKD] (Video Conf)**

**USA's Motion for Detention is *granted*.**