1

2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2021

SEAN F. McAVOY, CLERK

3

4

5     UNITED STATES DISTRICT COURT

6     EASTERN DISTRICT OF WASHINGTON

7   UNITED STATES OF AMERICA,          No. 1:21-CR-02007-SAB-1

8              Plaintiff,              ORDER GRANTING UNITED
                                       STATES MOTION TO WITHDRAW
9   vs.                                MOTION FOR DETENTION AND
                                       SETTING CONDITIONS OF
10  MARIA MENDEZ-GUTIERREZ,            RELEASE

11             Defendant.              **ECF Nos. 9, 26**

12         On Thursday, February 18, 2021, Defendant appeared before the Court.

13  With her consent, Defendant appeared by video from Yakima County Jail and was

14  represented by Greg Scott and assisted by federal court-certified interpreter Maria

15  Escobedo-Gonzalez.  Assistant United States Attorney Richard Burson represented

16  the United States.

17         The United States orally moved to withdraw its Motion for Detention (ECF

18  No. 26) and concurred with the release on conditions.

19         **ACCORDINGLY, IT IS ORDERED:**

20         1.    The United States' Motion to Withdraw Motion for Detention (**ECF**

ORDER DENYING UNITED STATES' MOTION FOR DETENTION AND
SETTING CONDITIONS OF RELEASE - 1

**No. 26**) is **GRANTED**.  The United States' Motion for Detention (**ECF No. 9**) is **DENIED** as moot.

2.    If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances under 18 U.S.C. § 3142(f), that party shall file a motion with the Court, served upon the United States Attorney, stating what circumstances are new, how they are established, and the requested change in conditions of release.

3.    If a party seeks review of this Order by another court pursuant to 18 U.S.C. § 3145(a), counsel shall adhere to the Detention Order Review Protocol found in LCrR 46(k).

4.    Defendant is bound over to Chief Judge Stanley A. Bastian for further proceedings.

5.    Defendant shall abide by the following conditions at all times:

### STANDARD CONDITIONS OF RELEASE

1.    Defendant shall not commit any offense in violation of federal, state or local law.  Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.  Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

ORDER DENYING UNITED STATES' MOTION FOR DETENTION AND SETTING CONDITIONS OF RELEASE - 2

2.    Defendant shall immediately advise the Court and the United States Attorney in writing before any change in address.

3.    Defendant shall appear at all proceedings and surrender as directed for service of any sentence imposed.

4.    Defendant shall sign and complete form A.O. 199C before being released and shall reside at the address furnished.

5.    Defendant shall not possess a firearm, destructive device or any dangerous weapons.

6.    Defendant shall report to the U.S. Probation/Pretrial Services office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

7.    Defendant shall contact defense counsel at least once a week.

8.    Defendant is further advised it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to receive, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

9.    Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant

ORDER DENYING UNITED STATES' MOTION FOR DETENTION AND SETTING CONDITIONS OF RELEASE - 3

may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

10.    Defendant shall surrender any passport to Pretrial Services and shall not apply for a new passport.

### SPECIAL CONDITIONS OF RELEASE

1.    Defendant shall remain in the Eastern District of Washington unless given permission by the United States Probation/Pretrial Services Office.

2.    Defendant shall avoid all contact, direct or indirect, with any co-defendants and with any persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution.  Except, Defendant shall be permitted to have contact with co-defendant J.P.G who is her husband.  Defendant may not, however, discuss the underlying criminal matter or its investigation with J.P.G.

3.    Defendant shall notify the United States Probation/Pretrial Services Office within 24 hours of any change in address, telephone number, or employment.

4.    Defendant shall execute a $10,000 percentage bond with 10% down, which must be co-signed by an individual with lawful status in the United States.

DATED February 18, 2021.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING UNITED STATES' MOTION FOR DETENTION AND
SETTING CONDITIONS OF RELEASE - 5