AO 98 EDWA (Rev. 5/19) Appearance Bond

UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 05, 2021

SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:21-CR-2007-SAB-1 |
| MARIA MENDEZ-GUTIERREZ | ) | |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE BOND**

**Defendant's Agreement**

I, _____MARIA MENDEZ-GUTIERREZ_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

     ( X )    to appear for court proceedings;
     ( X )    if convicted, to surrender to serve a sentence that the court may impose; or
     ( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

**Type of Bond**

(   ) (1)   This is a personal recognizance bond.

(   ) (2)   This is an unsecured bond of $ _____.

( X ) (3)   This is a secured bond of $ _10,000.00_____, secured by:

       ( X )  (a) $ _1,000.00_____ , in cash deposited with the court.

       (   )  (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

           If this bond is secured by real property, documents to protect the secured interest may be filed of record.

       (   )  (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

**Forfeiture or Release of the Bond**

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 5 March 2021.

/s/ Maria Mendez-Gutierrez
*Defendant's signature*

_____    _____
Surety/property owner – printed name    Surety/property owner – signature and date

_____    _____
Surety/property owner – printed name    Surety/property owner – signature and date

_____    _____
Surety/property owner – printed name    Surety/property owner – signature and date

_____    /s/ Susan Evans  5 March 2021
Interpreter – printed name (if applicable)    Interpreter – signature and date (if applicable)

CLERK OF COURT

Date: 3/05/21

Pamela A. Howard
Signature of Clerk or Deputy Clerk

Approved.
Date: 3/5/2021

M. K. Dimke
Judge's signature

Mary K. Dimke    Magistrate Judge, U.S. District Court
Name and Title of Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIA MENDEZ-GUTIERREZ,<br><br>    Defendant | Case No.: 1:21-CR-02007-SAB-1<br><br>DECLARATION OF GREGORY L. SCOTT |

I, Gregory L. Scott, am competent to testify to the matters contained herein and do so based on personal knowledge. Form AO 199C, a copy of which is attached hereto and incorporated by reference as if fully set forth herein, was read to the Defendant in the Spanish Language by the Court Certified Interpreter, Susan Evans. Both the Defendant and the Interpreter have authorized me to sign that document on their behalf.

On March 5, 2021, the Appearance Bond, a copy of which is attached hereto and incorporated by reference as if fully set forth herein, was read to the Defendant in the Spanish Language by the Court Certified Interpreter, Susan Evans. Both the Defendant and the Interpreter have authorized me to sign that document on their behalf.

SIGNED this 5th day of March 2021 at Yakima, WA.

_____
Gregory L. Scott WSBA# 17433
Attorney for Maria Mendez-Gutierrez

DECLARATION OF GREGORY L. SCOTT - 1

AO 98 EDWA (Rev. 5/19) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 3/1

_____
*Defendant's signature*

MARGIE Fontana
*Surety/property owner – printed name*

*Margie Fontana*
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Interpreter – printed name (if applicable)*

_____
*Interpreter – signature and date (if applicable)*

CLERK OF COURT

Date: 3/5/2021

*Pamela A. Howe*
*Signature of Clerk or Deputy Clerk*

Approved.

Date: _____

_____
*Judge's signature*

Mary K. Dimke      Magistrate Judge, U.S. District Court
*Name and Title of Judge*